POSEY WILLIAMS, Plaintiff in Error, v. HENRY M. KNIGHTON, Defendant in Error.

*Error to Columbia.*

A complaint upon a promissory note, which omits to state that the note was then due, is insufficient.

KNIGHTON took judgment by default against Williams in the District Court, upon a complaint which states, " that he has a cause of action against the defendant, and expects to recover judgment for five hundred dollars, with interest, &c., as per a certain promissory note, which he holds against him, for five hundred dollars, bearing interest, &c., dated February 25th, 1855."

*D. Logan,* for plaintiff in error.

*R. P. Boise,* for defendant in error.

OLNEY, J.   Waiving all other questions, it does not appear that the note was due.   This cannot be implied from the allegations that he has a cause of action against the defendant.   That is a conclusion of law.   The pleader should state the facts which he thinks gives a right of action, and not keep back those facts, and offer the court his opinion.   If one fact, necessary to a right of action, be omitted, all others might as well, and the complaint might be reduced to this, " that the plaintiff has a cause of action against the defendant for five hundred dollars, for which he asks judgment."

The complaint is insufficient, and the judgment *must be reversed.*